# Government Exhibit B



Arrest and Search Photos_000001





Arrest and Search Photos_000003





Arrest and Search Photos_000005





Arrest and Search Photos_000007


HOLOSUN


PF940C
POLYMER80, INC.
MADE IN USA
DAYTON, NV



Arrest and Search Photos_000010


bcu
DEBIT
VISA
[redacted]
VIRGINIA




Arrest and Search Photos_000012


www.bcu.org
By using this card you agree to the terms and conditions of the account agreement in their most recent form.
127178 03/21 cpi-in
AUTHORIZED SIGNATURE
24/7 Member Service:
U.S.: 1-800-944-8143
utside U.S.:
-800-932-8168
GOOD THRU




Ziploc





Arrest and Search Photos_000017


Ziploc








AUTHORIZED SIGNATURE
[redacted]
WILLIAM FILLYAW
EXP


chime.com
For assistance, contact us through the Chime mobile app or call 844-244-6363
AUTHORIZED SIGNATURE
[redacted]
[redacted]
EXP
WILLIAM FILLYAW


me
Activate your card
in the Chime app
05980-11-1
DEBIT
VISA


ILLINOIS
Jesse White · Secretary of State
DRIVER'S LICENSE
Federal Limits Apply
USA
4d LIC NO: [redacted]
3 DOB: [redacted]
4b EXP: [redacted]
4a ISS:
1 DAVIS
2 WILLIAM
8 [redacted]
9 CLASS: D
9a END: NONE
12 REST: NONE
15 SEX: M
16 HGT: 5'-09"
17 WGT: 190 lbs
18 EYES: BRN
5 DD 20200920402CS0924
Unlimited free delivery (on orders over $30)
Grocery & Wine Experiences
VIP Customer Service Line
Rewards Don't Expire
Deals & Discounts


DRIVER'S LICENSE
USA
4d LIC NO [redacted]
3 DOB: [redacted]
4b EXP: [redacted]
4a ISS:
1 DAVIS
2 WILLIAM
[redacted]
9 CLASS: D
9a END: NONE
12 REST: NONE
15 SEX: M
16 HGT: 5'-09"
17 WGT: 190 lbs
18 EYES: BRN
5 DD 20200920402CS0924


ILLINOIS
Jesse White, Secretary of State
DRIVER'S LICENSE
Federal Limits Apply
USA
4d LIC NO: [redacted]
3 DOB: [redacted]
4b EXP: [redacted]
4a ISS:
1 DAVIS
2 WILLIAM
8 [redacted]
9 CLASS: D
9a END: NONE
12 REST: NONE
15 SEX: M
16 HGT: 5'-09"
17 WGT: 190 lbs
18 EYES: BRN
5 DD 20200920402CS0924
DONOR


Activate!
Visit netspend.com/activate
or call 1-800-314-8247 to activate
and verify your identity.
Please remove before use.
Then put your paycheck on this
Card with Direct Deposit.
[redacted]
VALID THRU
[redacted]
WILLIAM FILLYAW


Visit netspend.com/activate
or call 1-800-314-8247 to activate
and verify your identity.
Please remove before use.
Then put your paycheck on this
Card with Direct Deposit.
Activate!
[redacted]
VALID THRU
[redacted]
WILLIAM FILLYAW


Visit netspend.com/activate
or call 1-800-314-8247 to activate
and verify your identity.
Please remove before use.
Then put your paycheck on this
Card with Direct Deposit.
Activate!
[redacted]
VALID THRU
[redacted]
WILLIAM FILLYAW




Arrest and Search Photos_000031




Arrest and Search Photos_000032


First
PREMIER
Bank
[redacted]
VALID THRU [redacted]
WILLIAM S FILLYAW


Wells Fargo Bank, N.A.
PO Box 5141
Sioux Falls, SD 57117-5141
June 14, 2022
Angela C Fitzgerald
[redacted]
053 DAH4AP1 60085


Ziploc


A 01422862 B


ILLINOIS
Jesse White • Secretary of State
IDENTIFICATION CARD
FILLYAW
SEX M
HGT 5'-08"
WGT 200 lbs
EYES BRN
TYPE ORG
DEBIT
VISA
WILLIAM SHAWN FILLYAW
VIP




Arrest and Search Photos_000038




Arrest and Search Photos_000039




Arrest and Search Photos_000040



Arrest and Search Photos_000041


bcu
DEBIT
ILLINOIS
[redacted]
ILLINOIS
[redacted]
PANTS


EXPO
EXPO
EXPO
Video
Surveillance
notes


Arrest and Search Photos_000044


Back Pack
Sack
Back Pack